# United States District Court
## For The Western District of North Carolina
## Statesville Division

WILLIS ANTHONY ROSADO,

    Plaintiff(s),

vs.

UNITED STATES OF AMERICA,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

5:03CV45

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 6/10/05 Order.

June 10, 2005

FRANK G. JOHNS, CLERK

BY: _T. Evans_
Tammy M. Evans, Deputy Clerk